UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FIELDS, et al., <br>     Plaintiffs, <br> v. <br> TWITTER, INC., <br>     Defendant. | Case No. 16-cv-00213-WHO <br> **ORDER DENYING MOTION TO RELATE CASES** <br> Re: Dkt. No. 41 |

On June 27, 2016, defendant Twitter, Inc. ("Twitter") filed a motion to relate *Gonzalez v. Twitter, Inc.*, No. 16-cv-03282-DMR (N.D. Cal. filed Jun. 14, 2016), to this case. Dkt. No. 41. The plaintiff in *Gonzalez*, Reynaldo Gonzalez, filed an opposition on June 28, 2016. Dkt. No. 44.

Twitter's motion is DENIED. Under Civil Local Rule 3-12, cases are related where (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). *Gonzalez* is brought by a different plaintiff represented by different counsel against two additional defendants (Google, Inc. and Facebook, Inc.) and arises from a different incident (the November 2015 attacks in Paris). It is not a related case under Rule 3-12.

**IT IS SO ORDERED**.

Dated: June 29, 2016



WILLIAM H. ORRICK
United States District Judge