THE BERKMAN LAW OFFICE, LLC
ROBERT J. TOLCHIN
*Admitted Pro Hac Vice*
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627
Email: rtolchin@berkmanlaw.com

WEINSTOCK MANION, A Law Corporation
DIANE Y. PARK (SBN 222354)
1875 Century Park East, Suite 2000
Los Angeles, California  90067
(310) 553-8844 • Fax (310) 553-5165
Email: dpark@weinstocklaw.com

Attorneys for Nominal Defendant BEATRIZ GONZALEZ, Individually and as Administrator of the Estate of Nohemi Gonzalez

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

------------------------------------------------------------------- X

REYNALDO GONZALEZ, INDIVIDUALLY & AS SUCCESSOR-IN-INTEREST OF THE ESTATE OF NOHEMI GONZALEZ,

                    Plaintiffs,

        -against-

TWITTER, INC., GOOGLE, INC., FACEBOOK, INC. & BEATRIZ GONZALEZ,

                    Defendants.

------------------------------------------------------------------- X

Case No:
4:16-CV-3282(DMR)

**NOTICE OF DISMISSAL BY THE ESTATE OF NOHEMI GONZALEZ WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i), AS AGAINST DEFENDANTS TWITTER, FACEBOOK AND GONZALEZ**

Hon. Donna M. Ryu

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Beatriz Gonzalez, in her capacity as court-appointed Administrator[1] of the Estate of Nohemi Gonzalez, deceased ("Estate"), hereby voluntarily dismisses the claims asserted in this action on behalf of the Estate, as against the defendants Twitter, Inc., Facebook, Inc. and Beatriz Gonzalez, individually, without prejudice.[2]

Dated:   Brooklyn, New York
         February 2, 2017

                              Respectfully submitted,

                              THE BERKMAN LAW OFFICE, LLC
                              *Attorneys for the Plaintiff*

                              by:    /s/ Robert J. Tolchin
                                     Robert J. Tolchin
                                     *(Admitted pro hac vice)*

                              111 Livingston Street, Suite 1928
                              Brooklyn, New York 11201
                              718-855-3627
                              rtolchin@berkmanlaw.com

                              and

---

[1] Letters of Administration for the Estate of Nohemi Gonzalez, deceased were issued to Beatriz Gonzalez by the Superior Court of California, County of Los Angeles on January 25, 2017 and received by counsel on January 30, 2017. (Exhibit A).

[2] Rule 41(a)(1)(A)(i) allows Plaintiff to dismiss by notice, without prejudice, since no answer or motion for summary judgment has been served by the Defendants. *See Pedrina v. Chun,* 987 F.2d 608, 610 (9th Cir. 1993) ("The language of Rule 41(a)(1) is unequivocal. It permits a plaintiff to dismiss an action 'without order of court'…. The filing of notice itself closes the file. There is nothing the defendant can do to fan the ashes of that action into life and the court has no role to play. This is a matter of right running to the plaintiff and may not be extinguished or circumscribed by adversary or court. There is not even a perfunctory order of court closing the file. Its alpha and omega [is] the doing of the plaintiff alone. He suffers no impairment beyond his fee for filing." (Internal citations and brackets omitted.)

WEINSTOCK MANION, A Law Corporation
*Local counsel for Plaintiff*
Diane Park, Esq.
1875 Century Park East, Suite 2000
Los Angeles, California 90067
(310) 553-8844

NOTICE OF DISMISSAL BY THE ESTATE OF NOHEMI GONZALEZ WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i), AS AGAINST DEFENDANTS TWITTER, FACEBOOK AND GONZALEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1295628.3