1 | EXCOLO LAW, PLLC
KEITH ALTMAN (SBN 257309)
2 | SOLOMON RADNER (*pro hac vice*)
3 | 26700 Lahser Road, Suite 401
Southfield, MI 48033
4 | (516)-456-5885
5 | kaltman@lawampmmt.com

6 | 1-800-LAW-FIRM, PLLC
7 | ARI KRESCH (*pro hac vice*)
26700 Lahser Road, Suite 400
8 | Southfield, MI 48033
(248) 565-2099
9 | akresch@1800lawfirm.com

10
11 | Attorneys for Reynaldo Gonzalez, individually
and as successor-in-interest of the estate of Nohemi Gonzalez

12

13 | **UNITED STATES DISTRICT COURT**
14 | **NORTHERN DISTRICT OF CALIFORNIA**

15 | ----------------------------------------------------------------------X   Case No: 4:16-CV-3282(DMR)

16
17 | REYNALDO GONZALEZ, INDIVIDUALLY & AS   **NOTICE OF DISMISSAL BY**
SUCCESSOR-IN-INTEREST OF THE ESTATE OF   **REYNALDO GONZALEZ**
18 | NOHEMI GONZALEZ,                                                          **INDIVIDUDALLY AND AS**
                                                                              **SUCCESSOR-IN-INTEREST**
19 |                              Plaintiffs,                                  **OF THE ESTATE OF**
                                                                              **NOHEMI GONZALEZ**
20 |                          -against-                                        **WITHOUT PREJUDICE,**
                                                                              **PURSUANT TO F.R.C.P.**
21 | TWITTER, INC., GOOGLE, INC., FACEBOOK, INC. &   **41(a)(1)(A)(i), AS AGAINST**
BEATRIZ GONZALEZ,                                                             **DEFENDANTS TWITTER,**
22 |                              Defendants.                                  **FACEBOOK AND**
23 |                                                                           **GONZALEZ**
24
25 |                                                                           Hon. Donna M. Ryu
26
27 | ----------------------------------------------------------------------X
                                    1
28 | NOTICE OF DISMISSAL BY REYNALDO GONZALEZ INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST OF THE ESTATE OF NOHEMI GONZALEZ, WITHOUT PREJUDICE, PURSUANT TO F.R.C.P.
41(a)(1)(A)(i), AS AGAINST DEFENDANTS TWITTER, FACEBOOK AND GONZALEZ

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Reynaldo Gonzalez, individually, and in his capacity as successor-in-interest of the Estate of Nohemi Gonzalez, deceased ("Estate"), hereby voluntarily dismisses the claims asserted in this action as against the defendants Twitter, Inc., Facebook, Inc. and Beatriz Gonzalez, individually, without prejudice.[1]

Dated:   Southfield, MI
         February 2, 2017

                                        Respectfully submitted,

                                        EXCOLO LAW, PLLC

*Attorneys for Reynaldo Gonzalez individually and as successor in interest to the Estate of Nohemi Gonzalez.*

by:   /s/ Keith Altman
        KEITH ALTMAN (SBN 257309)
        SOLOMON RADNER (*pro hac vice*)
        26700 Lahser Road, Suite 401
        Southfield, MI 48033
        (516)-456-5885
        kaltman@lawampmmt.com

        1-800-LAW-FIRM, PLLC
        ARI KRESCH (*pro hac vice*)
        26700 Lahser Road, Suite 400
        Southfield, MI 48033
        (248) 565-2099
        akresch@1800lawfirm.com

---

[1] Rule 41(a)(1)(A)(i) allows Plaintiff to dismiss by notice, without prejudice, since no answer or motion for summary judgment has been served by the Defendants. *See Pedrina v. Chun,* 987 F.2d 608, 610 (9th Cir. 1993) ("The language of Rule 41(a)(1) is unequivocal. It permits a plaintiff to dismiss an action 'without order of court'…. The filing of notice itself closes the file. There is nothing the defendant can do to fan the ashes of that action into life and the court has no role to play. This is a matter of right running to the plaintiff and may not be extinguished or circumscribed by adversary or court. There is not even a perfunctory order of court closing the file. Its alpha and omega [is] the doing of the plaintiff alone. He suffers no impairment beyond his fee for filing." (Internal citations and brackets omitted.)

NOTICE OF DISMISSAL BY THE ESTATE OF NOHEMI GONZALEZ WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i), AS AGAINST DEFENDANTS TWITTER, FACEBOOK AND GONZALEZ

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2017, I electronically filed the above document with the Clerk of the Court using the CM/ECF filing system which will send electronic notification of such filing to all counsel of record.

By: */s/ Keith Altman*
Keith Altman