KEITH ALTMAN (CA SBN 257309)
kaltman@lawampmmt.com
SOLOMON RADNER (*pro hac vice*)
sradner@1800lawfirm.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Telephone: (516) 456-5885

ARI KRESCH (*pro hace vice*)
akresch@1800lawfirm.com
1-800-LAW-FIRM, PLLC
26700 Lahser Road, Suite 400
Southfield, MI 48033
Telephone: (248) 291-9712

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

--------------------------------------------------- X

| | |
|---|---|
| REYNALDO GONZALEZ, INDIVIDUALLY & AS SUCCESSOR-IN-INTEREST OF THE ESTATE OF NOHEMI GONZALEZ, | Case No: 4:16-CV-3282(DMR) |
| Plaintiffs, | **PLAINTIFF'S RESPONSE TO ADMINISTRATIVE MOTION TO UPDATE DOCKET** |
| -against- | |
| TWITTER, INC., GOOGLE, INC., FACEBOOK, INC. & BEATRIZ GONZALEZ, | Hon. Donna M. Ryu |
| Defendants. | |

--------------------------------------------------- X

Plaintiff Reynaldo Gonzalez withdraws his objection and consents to Beatriz Gonzalez's request to substitute counsel.

1

Dated:  February 6, 2017

EXCOLO LAW, PLLC

By: /s Keith Altman
Keith Altman
kaltman@lawampmmt.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February, 6, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s Keith Altman
Keith Altman