DAVID H. KRAMER (CA SBN 168452)
dkramer@wsgr.com
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California  94304
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

*Attorneys for Defendant*
**GOOGLE, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| REYNALDO GONZALEZ; THE ESTATE OF NOHEMI GONZALEZ; BEATRIZ GONZALEZ, as the Administrator of the Estate of Nohemi Gonzalez,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 4:16-cv-03282-DMR<br><br>[~~PROPOSED~~] **ORDER ENTERING SCHEDULE FOR DEFENDANT GOOGLE INC.'S RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT <u>AS MODIFIED</u>**<br><br>Judge: Hon. Donna M. Ryu |

Before this Court is Plaintiffs' unopposed Motion for Leave to File Amended Complaint pursuant to Fed. R. Civ. P. 15(a).  Plaintiffs' Motion is GRANTED and the Court enters the following schedule for Google's anticipated motion to dismiss Plaintiffs' Second Amended Complaint:

Google shall have up to and including Friday, May 26, 2017, to file a motion to dismiss or otherwise respond to Plaintiffs' Second Amended Complaint;

1  Plaintiffs shall have up to and including Friday, June 23, 2017, to respond to Google's
2  motion to dismiss; and
3  Google shall have up to and including Friday, July 7, 2017, to submit a reply in support
4  of its motion to dismiss.
5  The hearing on Google's motion shall take place on Thursday, July 27, 2017 <u>at 11:00
6  a.m</u>.
7  <u>Plaintiffs shall e-file the Second Amended Complaint by no later than April 25, 2017.</u>

10  **IT IS SO ORDERED**.

12  Dated: April 21, 2017

   _____
13  DONNA M. RYU
   United States Magistrate Judge

