DAVID H. KRAMER (CA SBN 168452)
dkramer@wsgr.com
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
WILSON SONSINI
  GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100

BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
WILSON SONSINI
  GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 999-5800

*Attorneys for Defendant*
**GOOGLE LLC**

KEITH ALTMAN (CA SBN 257309)
kaltman@lawampmmt.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Telephone:   (516) 456-5885

*Attorneys for Plaintiff*
**Reynaldo Gonzalez**

ROBERT J. TOLCHIN (*pro hac vice*)
rtolchin@berkmanlaw.com
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201
Telephone:   (718) 855-3627

*Attorneys for Plaintiffs*
**The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as Representative of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REYNALDO GONZALEZ, the ESTATE OF NOHEMI GONZALEZ, BEATRIZ GONZALEZ, Individually and as the Representative of the Estate Of Nohemi Gonzalez, JOSE HERNANDEZ, REY GONZALEZ, and PAUL GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 4:16-cv-03282-DMR<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME REGARDING RESPONSE TO MOTION TO DISMISS THIRD AMENDED COMPLAINT AND SUBSEQUENT BRIEFING**<br><br>Judge:  Hon. Donna M. Ryu |

1  Defendant Google LLC, and Plaintiffs Reynaldo Gonzalez; the Estate of Nohemi
2  Gonzalez; Beatriz Gonzalez, Individually and as the Representative of the Estate of Nohemi
3  Gonzalez; Jose Hernandez; Rey Gonzalez; and Paul Gonzalez (collectively, the "Parties"), by
4  and through their respective counsel of record, hereby stipulate as follows:
5  WHEREAS, Plaintiffs filed a Third Amended Complaint ("TAC") on November 6, 2017;
6  WHEREAS, Defendant filed a motion to dismiss the TAC on December 20, 2017 (ECF #
7  116);
8  WHEREAS, Plaintiffs' date to respond has been set by the Court as January 17, 2018 and
9  Defendant's date for a reply is set as February 1, 2018;
10  WHEREAS, Plaintiffs have requested and Defendant has consented to extending the
11  deadline for Plaintiff to respond to Defendant's motion to January 22, 2018 and Defendant to file
12  any reply to February 6, 2018;
13  WHEREAS, extending the deadline for Plaintiff to respond to Defendant's motion to
14  dismiss the TAC to January 22, 2018 and for Defendant to file a reply to February 6, 2018 will
15  not alter the date of any event or any deadline already fixed by Court order;
16  WHEREAS, this is the eighth time the Parties have sought extensions of time in this case,
17  *see* Dkt. Nos. 17, 38, 42, 50, 79, 84, 112; 114;
18  WHEREAS, the Parties have requested two previous extensions concerning the deadlines
19  to respond to the TAC;
20  WHEREAS, the parties make this request in good faith and not to improperly delay the
21  proceedings;
22  NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2
23  and 7-12, and with Defendant and Plaintiffs reserving all rights and defenses, the Parties
24  respectfully ask the Court to enter the attached proposed order, which provides that:
25  1.  Plaintiffs shall have until January 22, 2018 to file papers in opposition to any
26  motion to dismiss;
27
28

2. Defendant shall have until February 6, 2018 to file reply papers in further support of any motion to dismiss; and

Dated: January 15, 2017                    Respectfully submitted,

| /s/ Keith Altman | /s/ Brian M. Willen |
|---|---|
| KEITH ALTMAN (CA SBN 257309) | DAVID H. KRAMER (CA SBN 168452) |
| kaltman@lawampmmt.com | dkramer@wsgr.com |
| EXCOLO LAW, PLLC | LAUREN GALLO WHITE (CA SBN 309075) |
| 26700 Lahser Road, Suite 401 | lwhite@wsgr.com |
| Southfield, MI 48033 | WILSON SONSINI |
| Telephone: (516) 456-5885 | GOODRICH & ROSATI, P.C. |
|  | 650 Page Mill Road |
| *Attorneys for Plaintiff* | Palo Alto, California 94304 |
| **Reynaldo Gonzalez** | Telephone: (650) 493-9300 |
|  | Facsimile: (650) 565-5100 |
| /s/ Robert J. Tolchin | BRIAN M. WILLEN (*pro hac vice*) |
| ROBERT J. TOLCHIN (*pro hac vice*) | bwillen@wsgr.com |
| rtolchin@berkmanlaw.com | WILSON SONSINI |
| THE BERKMAN LAW OFFICE, LLC | GOODRICH & ROSATI, P.C. |
| 111 Livingston Street, Suite 1928 | 1301 Avenue of the Americas |
| Brooklyn, NY 11201 | New York, NY 10019 |
| Telephone: (718) 855-3627 | Telephone: (212) 999-5800 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| **The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as Representative of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez** | **GOOGLE LLC** |

**[PROPOSED] ORDER**

Having considered the Stipulated Request to Change Time Regarding Response to Third Amended Complaint and Subsequent Briefing and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulated Request to Change Time Regarding Response to Third Amended Complaint and Subsequent Briefing is GRANTED in its entirety. The Court orders as follows:

1. Plaintiffs shall have until January 22, 2018 to file papers in opposition to Defendant's motion to dismiss the Third Amended Complaint (ECF # 116);

2. Defendant shall have until February 6, 2018 to file reply papers in further support of any motion to dismiss; and

**IT IS SO ORDERED.**

Dated: _____

Honorable Donna M. Ryu
United States District Court Magistrate Judge

## ATTORNEY ATTESTATION

I, Keith Altman, am the ECF User whose ID and password are being used to file this **STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME REGARDING RESPONSE TO THIRD AMENDED COMPLAINT AND SUBSEQUENT BRIEFING**. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

By:  /s/ Keith Altman
     Keith Altman

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:  /s/ Keith Altman
     Keith Altman