UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GONZALEZ, et al.,

    Plaintiffs,

v.

GOOGLE, INC.,

    Defendant.

Case No. 16-cv-03282-DMR

**JUDGMENT**

On August 15, 2018, the court granted Defendant Google, Inc.'s motion to dismiss the third amended complaint and granted Plaintiffs leave to file a fourth amended complaint within fourteen days. [Docket No. 129.] Plaintiffs did not file a fourth amended complaint. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant Google, Inc. and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 31, 2018



_____
Donna M. Ryu
United States Magistrate Judge