**THE BERKMAN LAW OFFICE, LLC**

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                   Fax: (718) 855-4696

September 5, 2018

**BY ECF**
Susan Y. Soong
Clerk of Court
United States District Court for the Northern District of California
Ronald V. Dellums Federal Building and United States Courthouse
1301 Clay Street, Suite 400-S
Oakland, California 94612

    Re:  *Gonzalez, et al. v. Google, Inc.*
          Docket no. 4:16-cv-03282 (DMR)

Dear Ms. Soong,

    We represent the plaintiffs in the matter referenced above. We write to bring to your attention that the listing of plaintiffs' counsel on the docket is inaccurate.

    There are two groups of separately-represented plaintiffs, as described below. We ask that the docket be corrected to reflect that fact. The plaintiffs are each listed below, next to the names and law firm affiliations of the attorneys who represent them:

**1)** Reynaldo Gonzalez                          Excolo Law, PLLC
                                                        Keith Altman (SBN 257309)
                                                        Solomon Radner (*pro hac vice*)

                                                        1-800-LAWFIRM
                                                        Ari Kresch (*pro hac vice*)

**2)** The Estate of Nohemi Gonzalez          The Berkman Law Office, LLC
                                                        Robert Tolchin (*pro hac vice*)

                                                        Weinstock Manion
                                                        M. Neil Solarz (SBN 78259)
                                                        Diane Y. Park (SBN 222354)

THE BERKMAN LAW OFFICE, LLC                              September 5, 2018
                                                         Page 2 of 2

| | |
|---|---|
| **3)** Beatriz Gonzalez (Individually and as the Representative of the Estate of Nohemi Gonzalez) | Tolchin, Solarz, & Park *(above)* |
| **4)** Jose Hernandez | Tolchin, Solarz, & Park *(above)* |
| **5)** Rey Gonzalez | Tolchin, Solarz, & Park *(above)* |
| **6)** Paul Gonzalez | Tolchin, Solarz, & Park *(above)* |

    Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me at rtolchin@berkmanlaw.com or 718-855-3627, or my associate, Meir Katz, Esq., at mkatz@berkmanlaw.com.

Respectfully yours,

*/s/ Robert J. Tolchin*

Robert J. Tolchin

cc: all counsel of record via ECF