EXCOLO LAW, PLLC
KEITH ALTMAN (SBN 257309)
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
516-456-5885
Email: Kaltman@excololaw.com

1-800-LAWFIRM
ARI KRESCH (*pro hac vice*)
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
516-456-5885
Email: akresch@1800lawfirm.com

*Attorneys for plaintiff REYNALDO GONZALEZ*

THE BERKMAN LAW OFFICE, LLC
ROBERT J. TOLCHIN
*Admitted Pro Hac Vice*
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627
Email: rtolchin@berkmanlaw.com

WEINSTOCK MANION, A Law Corporation
DIANE Y. PARK (SBN 222354)
1875 Century Park East, Suite 2000
Los Angeles, California 90067
(310) 553-8844 • Fax (310) 553-5165
Email:    dpark@weinstocklaw.com

*Attorneys for plaintiffs BEATRIZ GONZALEZ, Individually and as Administrator of the Estate of NOHEMI GONZALEZ, JOSE HERNANDEZ, REY GONZALEZ, and PAUL GONZALEZ*

1
NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------X

REYNALDO GONZALEZ, *et al.*,

          Plaintiffs,

-against-

GOOGLE, INC.,

          Defendant.

---------------------------------------------------------------X

Case No:
4:16-CV-3282(DMR)

**NOTICE OF APPEAL**

Hon. Donna M. Ryu

NOTICE IS HEREBY GIVEN that all plaintiffs, Reynaldo Gonzalez, The Estate of Nohemi Gonzalez; Beatriz Gonzalez, individually and as the Representative of the Estate of Nohemi Gonzalez; Jose Hernandez; Rey Gonzalez; and Paul Gonzalez, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the United States District Court for the Northern District of California (Ryu, *M.J.*) dated October 23, 2017 (DE 110), the Order of the United States District Court for the Northern District of California (Ryu, *M.J.*) dated August 15, 2018 (DE 129) and the Judgment it issued on August 31, 2018 (DE 130). Both aforementioned Orders and the Judgment are attached. Plaintiffs appeal from each and every part of said Orders and Judgment.

Dated:    September 5, 2018

EXCOLO LAW, PLLC
KEITH ALTMAN (SBN 257309)
*Attorneys for plaintiff REYNALDO GONZALEZ*

By: ___/s/ Keith Altman___
      Keith Altman

26700 Lahser Road, Suite 401
Southfield, Michigan 48033
516-456-5885
Email: Kaltman@excololaw.com

1-800-LAWFIRM
ARI KRESCH (*pro hac vice*)
*Attorneys for plaintiff REYNALDO GONZALEZ*
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
516-456-5885
Email: akresch@1800lawfirm.com

THE BERKMAN LAW OFFICE, LLC
ROBERT J. TOLCHIN (*Pro Hac Vice*)
*Attorneys for plaintiffs BEATRIZ GONZALEZ, Individually and as Administrator of the Estate of NOHEMI GONZALEZ, JOSE HERNANDEZ, REY GONZALEZ, and PAUL GONZALEZ*

By: ___[signature]___
      Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627
Email: rtolchin@berkmanlaw.com

WEINSTOCK MANION, A Law Corporation
DIANE Y. PARK (SBN 222354)
*Local counsel for plaintiffs BEATRIZ GONZALEZ, Individually and as Administrator of the Estate of NOHEMI GONZALEZ, JOSE HERNANDEZ, REY GONZALEZ, and PAUL GONZALEZ*
1875 Century Park East, Suite 2000
Los Angeles, California 90067
(310) 553-8844 • Fax (310) 553-5165
Email: dpark@weinstocklaw.com

Counsel for Defendant-Appellee Google, Inc.:

WILSON SONSINI
Brian M. Willen (*pro hac vice*)
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

4
NOTICE OF APPEAL