# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 3, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Reynaldo Gonzalez, et al.
          v. Google LLC
          No. 21-1333
          (Your No. 18-16700)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk