# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 20, 2023

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Reynoldo Gonzalez, et al.
           v. Google LLC
           No. 21-1333 (Your docket No. 18-16700)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By

*M. Altner*
M. Altner
Assistant Clerk– Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 20, 2023

Mr. Eric Schnapper, Esq.
Univ. of Washington School of Law
P.O. Box 353020
Seattle, WA 98195

Ms. Lisa Schiavo Blatt, Esq.
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024

    Re:  Reynoldo Gonzalez, et al.
           v. Google LLC
           No. 21-1333

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

           Sincerely,

           SCOTT S. HARRIS, Clerk

           By

           *M. Altner*
           M. Altner
           Assistant Clerk– Judgments

cc:  Clerk, 9th Cir.
       (Your docket No. 18-16700)

# Supreme Court of the United States

No. 21–1333

**REYNOLDO GONZALEZ, ET AL.**

Petitioners

v.

**GOOGLE LLC**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Twitter* v. *Mehier Taamneh,* 598 U. S. ___ (2023).

May 18, 2023



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States