| | |
|---|---|
| DAVID H. KRAMER (CA SBN 168452)<br>dkramer@wsgr.com<br>LAUREN GALLO WHITE (CA SBN 309075)<br>lwhite@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>BRIAN M. WILLEN (*pro hac vice*)<br>bwillen@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone:  (212) 999-5800<br><br>*Attorneys for Defendant*<br>**GOOGLE LLC** | KEITH ALTMAN (CA SBN 257309)<br>kaltman@lawampmmt.com<br>EXCOLO LAW, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, Michigan 48033<br>Telephone:  (516) 456-5885<br><br>*Attorneys for Plaintiff*<br>**Reynaldo Gonzalez**<br><br>ROBERT J. TOLCHIN (*pro hac vice*)<br>rtolchin@berkmanlaw.com<br>THE BERKMAN LAW OFFICE, LLC<br>829 East 15th Street, Box 7<br>Brooklyn, New York 11230<br>Telephone:  (718) 855-3627<br><br>*Attorneys for Plaintiffs*<br>**The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as Representative of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REYNALDO GONZALEZ, the ESTATE OF NOHEMI GONZALEZ, BEATRIZ GONZALEZ, Individually and as the Representative of the Estate of Nohemi Gonzalez, JOSE HERNANDEZ, REY GONZALEZ, and PAUL GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:16-cv-03282-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Donna M. Ryu |

1    Pursuant to Civil Local Rule 6-2, Defendant Google LLC and Plaintiffs Reynaldo
2  Gonzalez, The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as Representative
3  of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez
4  (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as
5  follows:

6    WHEREAS, on May 18, 2023, the United States Supreme Court issued its opinion and
7  remanded this case to the United States Court of Appeals for the Ninth Circuit;

8    WHEREAS, on July 3, 2023, the United States Court of Appeals for the Ninth Circuit
9  issued an order remanding the case to this Court;

10   WHEREAS, on August 3, 2023, the United States Court of Appeals for the Ninth Circuit
11 issued its mandate, and this Court reopened the case;

12   WHEREAS, on August 4, 2023, this Court set a case management conference for October
13 4, 2023, with a joint case management statement due by September 27, 2023;

14   WHEREAS, counsel for Plaintiffs has preexisting plans for international travel with his
15 family for religious observance on the date scheduled for the case management conference;

16   WHEREAS, the Parties agree that good cause exists for a brief continuance of the case
17 management conference and the associated deadline for filing the joint case management
18 statement;

19   WHEREAS, the stipulated continuance would not affect any other date or deadline set by
20 the Court apart from the date of the case management conference and the deadline for submission
21 of the joint case management statement.

22   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

23   Subject to the Court's approval, the date of the case management conference is continued
24 from October 4, 2023 to October 18, 2023, at 1:30 pm or as soon thereafter as the matter may be
25 heard, and the deadline for filing the joint case management statement is continued from
26 September 27, 2023 to October 11, 2023.

27
28

| | |
|---|---|
| Dated: August ____, 2023 | Respectfully submitted, |
| */s/ Keith Altman* | */s/ Brian Willen* |
| KEITH ALTMAN (CA SBN 257309)<br>kaltman@lawampmmt.com<br>EXCOLO LAW, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, Michigan 48033<br>Telephone:    (516) 456-5885 | BRIAN M. WILLEN (*pro hac vice*)<br>bwillen@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone:    (212) 999-5800 |
| ARI KRESCH (*pro hac vice*)<br>akresch@1800lawfirm.com<br>1-800-LAWFIRM<br>26700 Lahser Road, Suite 401<br>Southfield, Michigan 48033 | DAVID H. KRAMER (CA SBN 168452)<br>dkramer@wsgr.com<br>LAUREN GALLO WHITE (CA SBN 309075)<br>lwhite@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:    (650) 493-9300<br>Facsimile:     (650) 565-5100 |
| *Attorneys for Plaintiff*<br>**Reynaldo Gonzalez** | |
| */s/ Robert J. Tolchin* | |
| ROBERT J. TOLCHIN (*pro hac vice*)<br>rtolchin@berkmanlaw.com<br>THE BERKMAN LAW OFFICE, LLC<br>829 East 15th Street, Box 7<br>Brooklyn, New York 11230<br>Telephone:    (718) 855-3627 | *Attorneys for Defendant*<br>**GOOGLE LLC** |
| Diane Y. Park (CA SBN 222354)<br>dpark@weinstocklaw.com<br>WEINSTOCK MANION<br>1875 Century Park East, Suite 2000<br>Los Angeles, California 90067<br>Telephone:    (310) 553-8844<br>Facsimile:     (310) 553-5165 | |
| *Attorneys for Plaintiffs*<br>**The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as Representative of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez** | |

CASE NO.: 4:16-CV-03282-DMR   -2-   STIPULATION AND [PROPOSED] ORDER

ATTORNEY ATTESTATION

I, Robert J. Tolchin, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.** In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Robert J. Tolchin*
Robert J. Tolchin

|   |   |
|---|---|
| 1 | DECLARATION OF BRIAN M. WILLEN |

I, Robert J. Tolchin, declare:

1. I am counsel of record for Plaintiffs The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as Representative of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez.

2. After the Court scheduled the case management conference for October 4, 2023, I contacted Brian Willen, Esq., Defendant Google's counsel concerning a request to the Court that the case management conference be rescheduled. I explained that on October 4, I will be traveling overseas with family for a religious observance and thus unavailable to participate in the case management conference on that date.

3. Mr. Willen indicated Defendants have no objection to a brief continuance of the case management conference.

4. There have no time modifications in the case since judgment was entered on August 15, 2018. Since the case was filed on June 14, 2016, there have been nine time modifications: (1) the Court extended the time to respond to the Complaint (ECF No. 21); (2) the Court three times continued the hearing on Defendants' motion to dismiss and associated briefing schedule (ECF Nos. 39, 47, 51); (3) the Court extended the time for Plaintiffs to respond to Defendants' motion to dismiss (ECF No. 80) (4) the Court extended the time for Plaintiffs to file their motion for leave to amend (ECF No. 85); (5) the Court twice extended the time for Defendants to respond to Plaintiffs' Third Amended Complaint (ECF Nos. 113, 115); (6) the Court extended the briefing schedule on Defendants' motion to dismiss Plaintiffs' Third Amended Complaint (ECF No. 120).

4. A continuance of the case management conference and the accompanying deadline for submission of a joint case management statement would not affect any other scheduled dates or deadlines in the case. There are no other currently scheduled deadlines in the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 18, 2023.

*/s/ Robert J. Tolchin*
Robert J. Tolchin

[PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Parties' stipulated request is GRANTED. The date of the case management conference is continued from October 4, 2023 to October 18, 2023, at 1:30 pm, and the deadline for filing the joint case management statement is continued from September 27, 2023 to October 11, 2023.

HONORABLE DONNA M. RYU
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE