UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GONZALEZ, et al.,

    Plaintiffs,

v.

GOOGLE, INC.,

    Defendant.

Case No. 16-cv-03282-DMR

**JUDGMENT**

On July 8, 2024, the court denied Plaintiffs' motion for leave to file a fourth amended complaint. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 8, 2024



Donna M. Ryu
Chief Magistrate Judge