| | |
|---|---|
| **Excolo Law, PLLC** | **THE BERKMAN LAW OFFICE, LLC** |
| Keith Altman (SBN 257309) | ROBERT J. TOLCHIN |
| 26700 Lahser Road, Suite 401 | *Admitted Pro Hac Vice* |
| Southfield, MI 48033 | 829 East 15th Street, Box 7 |
| 516-456-5885 | Brooklyn, New York 11230 |
| Email: kaltman@lawampmmt.com | 718-855-3627 |
| sradner@1800lawfirm.com | Email: rtolchin@berkmanlaw.com |
| | |
| **1-800-LAWFIRM** | **WEINSTOCK MANION, A Law Corporation** |
| Ari Kresch (*pro hac vice*) | M. NEIL SOLARZ (SBN 78259) |
| 26700 Lahser Road, Suite 401 | DIANE Y. PARK (SBN 222354) |
| Southfield, MI 48033 | 1875 Century Park East, Suite 2000 |
| 516-456-5885 | Los Angeles, California 90067 |
| 800-LawFirm | (310) 553-8844 • Fax (310) 553-5165 |
| Email: akresch@1800lawfirm.com | |
| | |
| *Attorneys for Plaintiff Reynaldo Gonzalez* | *Attorneys for Plaintiffs The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as the Administrator of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

---------------------------------------------------------------------X

REYNALDO GONZALEZ; THE ESTATE OF NOHEMI GONZALEZ; BEATRIZ GONZALEZ, as the Administrator of the Estate of Nohemi Gonzalez,

                Plaintiffs,

v.

GOOGLE INC.,

                Defendant.

---------------------------------------------------------------------X

Case No: 4:16-CV-3282(DMR)

**NOTICE OF APPEAL**

1

**NOTICE OF APPEAL**
4:16-CV-3282(DMR)

NOTICE IS HEREBY GIVEN that all plaintiffs, Reynaldo Gonzalez, The Estate of Nohemi Gonzalez; Beatriz Gonzalez, individually and as the Representative of the Estate of Nohemi Gonzalez; Jose Hernandez; Rey Gonzalez; and Paul Gonzalez, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the United States District Court for the Northern District of California (Ryu, *M.J.*) dated July 8, 2024 (Dkt.168), and the Judgment it issued on July 8, 2024 (Dkt. 169). Both the aforementioned Order and Judgment are attached. Plaintiffs appeal from each and every part of said Order and Judgment.

Dated: Brooklyn, New York
August 6, 2024

Respectfully submitted,

| | |
|---|---|
| **THE BERKMAN LAW OFFICE, LLC** | **Excolo Law, PLLC** |
| By:  /S/Robert J. Tolchin  | By:  /S/Keith Altman  |
| Robert J. Tolchin, Esq. | Keith Altman (SBN 257309) |
| *(Admitted pro hac vice)* | 26700 Lahser Road, Suite 401 |
| 829 East 15th Street, Box 7 | Southfield, MI 48033 |
| Brooklyn, New York 11230 | 516-456-5885 |
| 718-855-3627 | Email:   kaltman@lawampmmt.com |
| rtolchin@berkmanlaw.com | |
| | |
| **WEINSTOCK MANION,** | **1-800-LAWFIRM** |
| **A Law Corporation** | Ari Kresch (*pro hac vice*) |
| Diane Park, Esq. | 26700 Lahser Road, Suite 401 |
| M. Neil Solarz, Esq. | Southfield, MI 48033 |
| 1875 Century Park East, Suite 2000 | 516-456-5885 |
| Los Angeles, California 90067 | 800-LawFirm |
| (310) 553-8844 | Email: akresch@1800lawfirm.com |
| | |
| *Attorneys for Plaintiffs The Estate of Nohemi Gonzalez, Beatriz Gonzalez (Individually and as the Administrator of the Estate of Nohemi Gonzalez), Jose Hernandez, Rey Gonzalez, and Paul Gonzalez* | *Attorneys for Plaintiff Reynaldo Gonzalez* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1303049.1