| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 28 2025 |
| | MOLLY C. DWYER, CLERK  |
| | U.S. COURT OF APPEALS |

REYNALDO GONZALEZ; et al.,

        Plaintiffs - Appellants,

 v.

GOOGLE INC.,

        Defendant - Appellee.

No. 24-4837

D.C. No. 4:16-cv-03282-DMR

Northern District of California, Oakland

MANDATE

The judgment of this Court, entered November 06, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT